IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| RUTH AMY MOORE,<br>    Plaintiff,<br><br>v.<br><br>CALEDONIA CENTRAL SUPERVISORY<br>UNION, DANVILLE SCHOOL,<br>    Defendants. | Docket No. 1:11-cv-00286-jgm |

## STIPULATION OF DISMISSAL AND ORDER

NOW COME the parties to this lawsuit, by and through their attorneys, and stipulate that this matter shall be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees.

PATRICIA CROWLEY

Dated: 3/26/14        By:   /s/ Cynthia A. Dill
                            Cynthia A. Dill, Esq.
                            Troubh Heisler
                            *Attorney for Plaintiff*
                            PO Box 9711
                            511 Congress St., Suite 700
                            Portland, ME  04104-5011

CALEDONIA CENTRAL SUPERVISORY
UNION, DANVILLE SCHOOL

Dated: 3/26/14        By:   /s/Pietro J. Lynn
                            Pietro J. Lynn, Esq.
                            Lynn, Lynn & Blackman, P.C.
                            *Attorneys for Defendants*
                            76 St. Paul Street, Suite 400
                            Burlington, VT  05401

**SO ORDERED:**

Dated: 4/1/2014                    /s/ J. Garvan Murtha
                                   United States District Court Judge